UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE

ALEXANDER KOMARENKO,

    Plaintiff.
_____/

No. C-11-2671 EMC (pr)
No. C-11-3033 EMC (pr)

**ORDER OF DISMISSAL**

    These actions were opened when the Court received from Alexander Komarenko letters to Judge Henderson expressing displeasure with medical care in the prison at which he was housed. In each action, the Clerk opened a case file, and sent out a notice that Komarenko had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within thirty days. The Clerk also sent out a notice that each action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application, and cautioned that the action would be dismissed if he did not pay the fee or file the application materials within thirty days. Komarenko then sent a letter stating that he did not intend to commence a new action but only to inform the judge of medical care concerns. (Docket # 4 in Case No. C-11-2671 EMC.) The letter appears to apply to both actions, as Komarenko filed nothing further in Case No. C-11-3033 EMC.

///

///

///

///

///

In light of Komarenko's explanation that the letters he sent to Judge Henderson were not intended to commence a new action, these actions are **DISMISSED** because they were opened in error. No filing fees are due. The Clerk shall close the files.

IT IS SO ORDERED.

Dated: October 21, 2011

_____
EDWARD M. CHEN
United States District Judge

2